SCWC-11-0000022

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MICHELE A. QUITEVIS,
Petitioner/Plaintiff-Appellant,

vs.

LARRY L.J. QUITEVIS,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000022; FC-D NO. 93-215)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
Circuit Judge Patrick W. Border in place of Acoba, J., recused)

        Petitioner/Plaintiff-Appellant's Application for Writ

of Certiorari, filed on December 2, 2013, is hereby rejected.

        DATED:  Honolulu, Hawaiʻi, January 6, 2014.

Michael S. Zola,                /s/ Mark E. Recktenwald
for petitioner

                                /s/ Paula A. Nakayama
Gerald W. Scatena,
for respondent                  /s/ Sabrina S. McKenna

                                /s/ Richard W. Pollack

                                /s/ Patrick W. Border

